1    **A.E. "Bud" Bailey,** Pro Hac Vice, OSB #87157, WSB #33917
     **J. Dana Pinney,** Pro Hac Vice, OSB #75308, WSB #33919
2    **Shelby Clark,** Cal. Bar No. 203606, OSB # 06049
     **Bailey Pinney PC**
3    1498 SE Tech Center Place, Suite 290
     Vancouver, Washington 98683
4    Telephone:  (360) 567-2551, Fax:  (360) 567-3331
     bbailey@wagelawyer.com
5    jdpinney@wagelawyer.com
     sclark@wagelawyer.com
6

7    **Bonnie Mac Farlane,** Cal. Bar No. 161526
     720 Howe Avenue, Suite 113
8    Sacramento, CA  95825
     Telephone:  (800) 230-5528, Fax:  (800) 230-5866
9    BMacFarlane@wagelawyer.com

10    Attorney for Plaintiff Michele Kenny

11    SEYFARTH SHAW LLP
     Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
12   Francis J. Ortman (SBN 213202) fortman@seyfarth.com
     560 Mission St., Suite 3100
13   San Francisco, CA 94105
     Telephone: (415) 397-2823
14   Facsimile: (415) 397-8549

15    Attorney for Defendant
     REGIS Corporation, dba REGIS CORP., dba SUPERCUTS

16             **IN THE UNITED STATES DISTRICT COURT**

17           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18   Michele Kenny, | Case No.  C 06-07521 |
| 19           Plaintiff, | **Stipulation and [Proposed] Order to Continue Case Managment Schedule Dates** |
| 20   vs. | |
| 21   Regis Corporation, | |
| 22          Defendant. | The Honorable Claudia Wilken |
| 23 | |

24       Plaintiff Michele Kenny, and Defendant, Regis Corporation , dba Regis Corp., dba in

25   California as Minnesota Regis Corp., dba Supercuts (Regis), appearing through their respective

26   counsel of record, stipulate as follows:

27       1.     This action was commenced in this Court on December 7, 2006.  As part of its Initial

28   Scheduling Order, this Court assigned the following dates to the action:

| | February 23, 2007: | Last day for parties to meet and confer about initial disclosures, early |
|1| | settlement, ADR process selection, and discovery plan; file Joint ADR |
|2| | Certification with Stipulation to ADR Process or Notice of Need for |
|3| | ADR Phone Conference. |

1   February 23, 2007:   Last day for parties to meet and confer about initial disclosures, early
2                       settlement, ADR process selection, and discovery plan;  file Joint ADR
3                       Certification with Stipulation to ADR Process or Notice of Need for
4                       ADR Phone Conference.
5   March 9, 2007:      Last day for parties to complete initial disclosures or state objection in
6                       Rule 26(f) Report, file Case Management Statement and file/serve  Rule
7                       26(f) report.
8   March 16, 2007:     Case management Conference at 1:30 p.m.

9   2.   Plaintiff's counsel have scheduling conflicts with the date of March 16, 2007. Plaintiff's counsel are scheduled to appear at a mediation and another Case Management Conference on March 16, 2007 in San Francisco.

3.   Also, Defendant has informed Plaintiff that the defendant was incorrectly named.  The parties agree that one of the proper defendants is **Supercuts Corporate Shops, Inc**.  Further, Plaintiff intends to move to amend to name **Regis Corporation** as a defendant.  Defendant intends to oppose this motion.

4.   Plaintiff has discovered that there is a case against Regis Corporation and Supercuts Corporate Shops, Inc. filed in this court that is pending before the Honorable Charles R. Breyer, *Solis v. Regis Corporation and Supercuts Corporate Shops, Inc.*, Case No. C 05-03039 CRB.  Defendant's law firm is attorney of record in the *Solis* case.  Plaintiff intends to file an administrative motion to relate the *Solis* case to this case.

5.   Plaintiff has received notice from the California Labor & Workforce Development Agency giving Plaintiff the right to pursue claims under the Private Attorney General Act of 2004, Cal. Lab. Code § 2698 et seq.(PAGA).  Plaintiff intends to file a motion to amend her complaint to add the PAGA claims.

6.   Plaintiff and Defendant stipulate to continue the case management schedule due dates as set out in this court's case management scheduling order.  Plaintiff requests a date after April 28, 2007 in order for Plaintiff to file the motions to amend Plaintiff's complaint and file the motion to relate the *Solis* case to this case.

1    7.    By entering into this stipulation, defendant does not waive any objection or defense to

2    plaintiff's complaint, amended complaints, or motions.

3    Dated: February _____, 2007.

4                                      SHELBY CLARK
                                       BONNIE MAC FARLANE
                                       BAILEY PINNEY PC

5

6                              By: _____

7                                  (        Bonnie Mac Farlane
                                            Attorney for Plaintiff Michéle Kenny

8

9
     Dated: February_____, 2007.
10

11                                     CATHERINE M. DACRE
                                       FRANCIS J. ORTMAN
12                                     SEYFARTH SHAW LLP

13

14                             By: _____
                                            Catherine M. Dacre
15                                          Attorney for Defendant
                                            Regis Corporation
16

17

18                                     ORDER

19        On the stipulation of the parties, and good cause appearing therefor,

20        IT IS ORDERED that the Case Management Conference be held on _____ May 4 _____,

21   2007. Further all other due dates in the Case Management Schedule will be moved to comply with the

22   new Case Management Conference date.   HOWEVER, THE CORRECT PROCEDURE WOULD
     BE TO FILE A MOTION TO RELATE CASES IN THE LOW-NUMBERED CASE.
23

24   Dated: February __14__, 2007.        _____
                                               Claudia Wilken
25                                             United States District Judge

26

27

28

_____
          Stipulation to Continue Case Managment Schedule Dates - Case No. C 06-07521 CW
                                          3