1  **A.E. "Bud" Bailey,** Pro Hac Vice, OSB #87157, WSB #33917
   **J. Dana Pinney,** Pro Hac Vice, OSB #75308, WSB #33919
2  **Shelby Clark**, Cal. Bar No. 203606, OSB # 06049
   **Bailey Pinney PC**
3  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington 98683
4  Telephone: (360) 567-2551, Fax: (360) 567-3331
   bbailey@wagelawyer.com
5  jdpinney@wagelawyer.com
   sclark@wagelawyer.com
6

7  **Bonnie Mac Farlane,** Cal. Bar No. 161526
   720 Howe Avenue, Suite 113
   Sacramento, CA 95825
8  Telephone: (800) 230-5528, Fax: (800) 230-5866
   BMacFarlane@wagelawyer.com
9

   Attorney for Plaintiff Michele Kenny
10

   SEYFARTH SHAW LLP
11 Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
   Francis J. Ortman (SBN 213202) fortman@seyfarth.com
12 560 Mission St., Suite 3100
   San Francisco, CA 94105
13 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
14

   Attorney for Defendant
15 REGIS Corporation, dba REGIS CORP., dba SUPERCUTS

16                **IN THE UNITED STATES DISTRICT COURT**

17              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  LILIANA SOLIS, | Related Case No. C 06-07521 CRB |
| 19  v. | **Stipulation and [Proposed] Order to Continue Case Management Schedule Dates** |
| 20  THE REGIS CORPORATION | |
| 21 | |
|     Case No. C 06- 07521 CW | |
| 22 | The Honorable Charles Breyer |
|     MICHELE KENNY, | |
| 23 | |
|          Plaintiff, | |
| 24 | |
|     v. | |
| 25 | |
|     REGIS CORPORATION, dba Regis Corp., | |
| 26  dba in California as Minnesota Regis Corp., | |
|     dba Supercuts, | |
| 27         Defendant | |
| 28 | |

---

Stipulation to Continue Case Managment Schedule Dates – Related Case No. C 06-07521 CRB

1

Plaintiff Michele Kenny, and Defendant, Regis Corporation , dba Regis Corp., dba in California as Minnesota Regis Corp., dba Supercuts (Regis), appearing through their respective counsel of record, stipulate as follows:

1.  This action was commenced on December 7, 2006. Judge Wilken had entered a case scheduling order. This court related this case with the *Solis* Action. On February 21, 2007 this Court assigned new dates regarding the case management schedule. The following is a chart outlining the case management dates that have been assigned in this case:

| Judge Wilken's Dates: | Judge Breyer's Dates: | Action To Be Taken: |
| --- | --- | --- |
| February 23, 2007 | February 14, 2007 | Last day for parties to meet and confer |
| March 9, 2007 | March 2, 2007 | File Joint Case Management Statement |
| March 16, 2007 | March 16, 2007 | Case management Conference |

2.  Plaintiffs and Defendant's counsel had previously stipulated to a continuance of the March 16th case management conference which Judge Wilken granted. Judge Wilken moved the case management conference to May 4, 2007.

3.  In reliance on Judge Wilken's order moving the case management conference to May 4, 2007, the parties have not met and conferred.

4.  Plaintiff and Defendant's counsel request the court to move the case scheduling dates.

5.  Further, Defendant has informed Plaintiff that the defendant was incorrectly named. The parties agree that one of the proper defendants is **Supercuts Corporate Shops, Inc**. Plaintiff intends to move to amend to name **Regis Corporation** as a defendant as well. Defendant intends to oppose this motion.

6.  Plaintiff has received notice from the California Labor & Workforce Development Agency giving Plaintiff the right to pursue claims under the Private Attorney General Act of 2004, Cal. Lab. Code § 2698 et seq.(PAGA). Plaintiff intends to file a motion to amend her complaint to add the PAGA claims.

1 | Dated: February 23, 2007.

                                SHELBY CLARK
                                BONNIE MAC FARLANE
                                BAILEY PINNEY PC

                                By: *[signature]*
                                Bonnie Mac Farlane
                                Attorney for Plaintiff Michele Kenny

Dated: February 23, 2007.

                                CATHERINE M. DACRE
                                FRANCIS J. ORTMAN
                                SEYFARTH SHAW LLP

                                By: *[signature]*
                                Francis J. Ortman
                                Attorney for Defendant
                                Regis Corporation

### ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Case Management Conference be held on May 04, 2007, at 8:30 a.m. Further all other due dates in the Case Management Schedule will be moved to comply with the new Case Management Conference date.

Dated: February 26, 2007.

                                Charles R. Breyer
                                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*