1  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place
2  Vancouver, Washington 98683
   Telephone: (360) 567-2551
3  Fax: (360) 567-3331
   **A.E. BUD BAILEY**, Pro Hac Vice, OSB No. 87157, WSB No. 33917
4  E-Mail: Bbailey@wagelawyer.com
   **J. DANA PINNEY**, Pro Hac Vice, OSB No. 75308, WSB No. 33919
5  E-Mail: JDPinney@wagelawyer.com
    **JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
6  E-Mail: JMata@wagelawyer.com
   **SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
7  E-Mail: Sclark@wagelawyer.com

8  BONNIE MAC FARLANE, Cal. Bar No. 161526
   720 Howe Avenue, Suite 113
9  Sacramento, CA  95825
   Telephone:  (800) 230-5528
10 Fax:  (800) 230-5866
   E-Mail:  BMacFarlane@wagelawyer.com
11 Attorney for Plaintiff Michele Kenny

12 SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
13 Francis J. Ortman (SBN 213202) fortman@seyfarth.com
   560 Mission St., Suite 3100
14 San Francisco, CA 94105
   Telephone: (415) 397-2823
15 Facsimile: (415) 397-8549

16 Attorney for Defendant
   REGIS Corporation, dba REGIS CORP., dba SUPERCUTS
17
                     IN THE UNITED STATES DISTRICT COURT
18
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
19

20

21

22

23

24

25

26

27

28

---

Stipulation to Continue Hearing Date of October 5, 2007 –  Case No. C 06-07521 CRB

1

| | |
|---|---|
| **Liliana Solis,** | Related Case No.  C 06-07521 CRB |
| Plaintiff, | **Stipulation and [Proposed] Order to Continue Hearing Date of October 5, 2007** |
| v. | |
| **The Regis Corporation, et al.** | |
| Defendants. | The Honorable Charles Breyer |
| **Michele Kenny,** individually and on behalf of all others similarly situated and as a Private Attorney General, | |
| Plaintiff, | |
| vs. | |
| **Regis Corporation,** a Minnesota Corporation, **Supercuts, Inc.**, a Delaware Corporation, **Supercuts Corporate Shops, Inc.**, a Delaware Corporation, and **Does** One through Twenty-Five, inclusive, | |
| Defendants. | |

Plaintiff Michele Kenny, and Defendants, Regis Corporation, Supercuts, Inc., and Supercuts Corporate Shops, Inc., appearing through their respective counsel of record, stipulate as follows:

1. This action was commenced on December 7, 2006. On May 4, 2007 this Court scheduled a hearing for a Motion for Summary Judgment and/or Class Certification on October 5, 2007 at 10:00 a.m. (the "motions"). In order to meet the Court's deadline, the motions must be filed by August 31, 2007. However, further discovery is needed relating to the above motions.

2. Plaintiff has been conducting discovery relating to the above motions. This discovery includes a substantial request for production of documents served on Defendants on July 17, 2007. At this time, Plaintiff is awaiting Defendants' response. Plaintiff has also been negotiating with Defendants regarding depositions of Regis Corporation personnel regarding the above issues. These depositions includes a person-most-knowledgeable deposition of Defendant Regis Corporation under Rule 30(b)(6). All of the above discovery is still in process.

3. Defendants have noticed the deposition of the named plaintiff several times, however, due to scheduling conflicts, the attorneys have been unavailable.

4. Defendants' counsel is unavailable in the month of September because she has a jury trial scheduled in September.

5. The Plaintiff and the Defendants' counsel have agreed to use best efforts to conduct the depositions in October, 2007.

6. Given that the deposition transcripts and other discovery may not be completed until November, 2007, Plaintiff and Defendants' counsel request the court to move the hearing date and the due dates for the briefing of the motion on or after January, 2008.

9. By entering into this stipulation, Plaintiff and Defendants do not waive any argument, objection, and/or defense to the motion.

Dated: August _____, 2007.

BAILEY PINNEY PC

By: _____/s/_____
Bonnie Mac Farlane
Attorney for Plaintiff

Dated: August_____, 2007.

SEYFARTH SHAW LLP

By: _____/s/_____
Francis J. Ortman
Attorney for Defendants

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Motion for Summary Judgment/Class Certification be held on _January 18_____, 2008. All briefing will be filed as proved for in the Civil Local Rules of this Court.

Dated: August _24_, 2007.   _____
Charles R. Breyer
United States District

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*