UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELE KENNY,

    Plaintiff,

v.

REGIS CORPORATION, et al.,

    Defendants.

_____/

No.   C 06-07521   (EDL)

ORDER RE DISCOVERY MOTIONS

There are three motions pending before the Court: (1) Defendant's Motion for a Protective Order; (2) Defendant's Motion for Order Compelling Plaintiff's Deposition; and (3) Plaintiff's Motion to Compel Production of Documents and to Compel Defendants to Proceed with Noticed Depositions. For the reasons stated at the November 9, 2007 hearing, Defendants' motion for a protective order is GRANTED in part and DENIED in part; Defendants' motion to compel Plaintiff's deposition is GRANTED in part and DENIED in part; and Plaintiff's motion is GRANTED in part and DENIED in part as follows:

    1)    Plaintiff shall appear for deposition on November 14, 2007. Defendants may depose Plaintiff for up to seven hours as needed (of examination time). Defendants are to conduct this deposition in good faith and may not unnecessarily prolong the examination, but they may use the full seven hours if needed.

    2)    Defendants' request for monetary sanctions is DENIED.

    3)    The deposition of Defendant's witness shall go forward as noticed on November 15, 2007. Defendants shall make all good faith efforts to produce their other witness by November 21,

2007. If this proves impossible, Defendants shall produce their witness for deposition no later than November 30, 2007.

4) Defendants shall produce a copy of the Vicki Langan deposition transcript with exhibits so that Plaintiff receives it by November 12, 2007.

5) Defendants shall make a maximum good faith effort to produce documents responsive to Plaintiff's Document Request No. 38 regarding the bank records before Plaintiff deposes Defendants' Rule 30(b)(6) witness.

6) Defendants immediately shall produce a declaration in accordance with this Court's Standing Order Re Discovery Procedures. Defendants shall state specifically that they have not withheld any documents responsive to the document requests, or if they have withheld any documents, they shall state specifically what types of documents have been withheld and on what basis.

Dated: November 13, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge