IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE KENNY,

    Plaintiff,

v.

REGIS CORPORATION, et al.,

    Defendants.

No. C 06-07521 CRB

**ORDER CONTINUING SUMMARY JUDGMENT HEARING DATE**

Plaintiff's motion to continue the hearing date on defendants' motion for summary judgment to February 28, 2007 is GRANTED. The briefing schedule is also continued and shall be as stated in the Civil Local Rules as if the motion had originally been set for hearing on the above date.

The Court will not entertain any further requests for continuances, except in the context of Federal Rule of Civil Procedure 56(f).

**IT IS SO ORDERED.**

Dated: December 21, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE