JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: Jmata@wagelawyer.com
SARA ELIOT, SBN 230157, OSB No. 041320
E-Mail: SEliot@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
Of Counsel
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiff Michele Kenney

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
Francis J. Ortman (SBN 213202) fortman@seyfarth.com
560 Mission St., Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorney for Defendant
REGIS Corporation, Supercuts Inc., and Supercuts
Corporate Shops Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Michele Kenny, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**Regis Corporation,** a Minnesota Corporation, **Supercuts, Inc.,** a Delaware Corporation, **Supercuts Corporate Shops, Inc.,** a Delaware Corporation, and **Does** One through Twenty-Five, inclusive,<br><br>Defendants. | Case No. 06-07521 CRB<br><br>**STIPULATED MOTION AND ORDER TO POSTPONE HEARING DATE FOR DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date: February 8, 2008<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Floor<br><br>Hon. Charles R Breyer |

Plaintiff Michele Kenny, and Defendants, Regis Corporation, Supercuts, Inc., and Supercuts Corporate Shops, Inc., appearing through their respective counsel of record, stipulate as follows:

1. Defendants' motion to strike class allegations was originally noticed for February 8, 2008 at 10:00 a.m. However, the Hon. Judge Breyer is not available to hear the motion on February 8, 2008.

2. Plaintiff has retained attorney Joel Mark to represent Bailey Pinney PC in opposing Defendants' Motion to Strike. Mr. Mark is not available to argue against the motion on February 8, 2008.

3. The parties have agreed that above motion should be heard on February 22, 2008 at 10:00 a.m. The parties have further agreed that Plaintiff has until January 29, 2008 to file her opposition to Defendant's Motion to Strike Class Allegations.

The parties therefore request the Court to order that Defendants' motion be heard on Friday, February 22, 2008 at 10:00 a.m. and that Plaintiff's opposition be due January 29, 2008.

Dated: January 15, 2008.

BAILEY PINNEY PC

By: _____/s/_____
Jose R. Mata
Attorney for Plaintiff

Dated: January 15, 2008.

SEYFARTH SHAW LLP

By: _____/s/_____
Catherine M. Dacre
Attorney for Defendants

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Defendants' Motion to Strike Class Allegations be heard on February 22, 2008. Plaintiff's opposition will be filed by January 29, 2008. Defendants' reply brief is due February 8, 2008.

Dated: January _15_, 2008.

_____
Charles R. Breyer
United

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*