1  SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
2  Allison B. Moser (SBN 223065) amoser@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   REGIS CORPORATION, SUPERCUTS, INC.
6  and SUPERCUTS CORPORATE SHOPS, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  MICHELE KENNY, individually and on behalf )   Case No. C 06-7521 CRB (EDL)
    of all others similarly situated and as a Private )
12  Attorney General,                          )   [PROPOSED] ORDER ON
                                                )   ADMINISTRATIVE MOTION
13               Plaintiff,                     )   REGARDING SEALING DOCUMENTS
                                                )
14       v.                                     )   [Civ. L.R. 79-5]
                                                )
15  REGIS CORPORATION, a Minnesota             )   Judge: Hon. Charles R. Breyer
    Corporation; SUPERCUTS, INC., a Delaware    )
16  Corporation, SUPERCUTS CORPORATE           )
    SHOPS, INC., a Delaware Corporation, and    )
17  DOES One through Twenty-Five, inclusive,    )
                                                )
18               Defendants.                    )
                                                )
19

20       Having considered Plaintiff's Administrative Motion regarding a Sealing Order and

21  Defendants' Declaration in Opposition thereto, the Court enters the following ORDER:

22       Exhibits C, D, and K attached to the Declaration of Jose Mata's Declaration in Support of

23  Plaintiff's Motion for Class Certification, which have been designated by Defendants as

24  "confidential" pursuant to the parties' Stipulated Protective Order, shall be filed under seal.

25       IT IS SO ORDERED.

26

27  Dated:  April 10, 2008 _____        _____
                                           Honor_____yer
28

SF1 28320132.1 / 24210-000066