IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY,<br><br>        Plaintiff,<br><br>  v.<br><br>REGIS CORPORATION,<br><br>        Defendant.<br>_____ / | No. C-06-07521 CRB (EDL)<br><br>**ORDER RE JOINT LETTER ON CLASS CERTIFICATION DISCOVERY ISSUES** |

On April 28, 2008, counsel for Plaintiff filed a letter with this Court, noting her intent to obtain defendants' counsel's cooperation in submitting a joint letter to the Court by April 30, 2008 regarding certain class certification discovery issues. In light of the upcoming May 9, 2008 class certification hearing, it is HEREBY ORDERED that the parties shall submit a joint letter to the Court no later than May 1, 2008 at 10:00 a.m. regarding the discovery issues raised in Plaintiff's letter. That letter shall be no more than eight pages.

**IT IS SO ORDERED.**

Dated: April 29, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge