IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KENNY, | No. C 06-07521 CRB |
| Plaintiff, | **ORDER RE DISCOVERY DISPUTE** |
| v. | |
| REGIS CORPORATION, et al., | |
| Defendants. | |

The Court is in receipt of defendants' letter filed May 14, 2008. As the current discovery dispute regarding certain declarants' contact information is related to an issue already decided by Magistrate Judge Laporte, Magistrate Judge Laporte should decide the current dispute.

**IT IS SO ORDERED.**

Dated: May 14, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE