JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: Bmacfarlane@wagelawyer.com
**BAILEY PINNY, PC**
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528; Fax: (800) 230-5866

SUSAN SIMMONS SEEMILLER, Cal Bar No. 150546
E-Mail: Ssemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, California 8303
Telephone: (805) 339-9090; Fax (805) 339-0090

Attorneys for Plaintiff Michele Kenny

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE KENNY, individually and on behalf of all others similarly situated and as a Private Attorney General,<br><br>                    Plaintiff,<br><br>vs.<br><br>REGIS CORPORATION, a Minnesota Corporation, SUPERCUTS, INC. A delaware Corporation, SUPERCUTS CORPORATE SHOPS, INC., a Delaware Corporation and DOES One through Twenty-Five inclusive,<br><br>                    Defendants. | Case No. 06-07521 CRB<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ATTORNEYS LAIDLAW, MARK AND ELIOT** |

**TO:**   CLERK OF THE COURT, AND ATTORNEYS FOR DEFENDANTS

**NOTICE IS HEREBY GIVEN** that Angela Laidlaw, Cal. Bar No. 230633, Joel Mark, Cal

Bar No. 54049 and Sara Eliot Cal. Bar No. 230157 withdraw as attorneys for Plaintiff Michele Kenny,

individually and on behalf of all others similarly situated, and that Jose R. Mata shall be the lead attorney. Jose R, Mata,  Bonnie Mac Farlane, Susan Simmons Seemiller and the firm of Bailey Pinney PC shall remain as Plaintiff's attorneys of record and no change shall be made thereto.

All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata at the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Bonnie Mac Farlane at 720 Howe Avenue, Suite 113, Sacramento CA 95825, and upon Susan Simmons Seemiller at 840 County Square Drive, Ventura, CA 93003.

Said withdrawal shall be effective as of June 12, 2008.

DATED: June 12, 2008

BAILEY PINNY, PC

By ___/s/_____
Jose Mata
Attorneys for Plaintiff Michele Kenny

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA